ORDER
(1) The Joint Motion to Dismiss and Remand to District Court and Joint Status Report are construed as a joint motion for summary reversal of the district court’s denial of relief under 28 U.S.C. § 2255.
(2) The joint motion for summary reversal, so construed, is granted in the inter *337 ests of justice. See Baca v. Adams, 777 F.3d 1034 (9th Cir.2015). The district court shall enter judgment vacating Dhar-ni’s convictions. 28 U.S.C. § 2255. We express no view as to the alleged constitutional infirmity of Dharni’s conviction. Cf. United States v. Hock, 172 F.3d 676, 680-81 (9th Cir.1999) (holding that the district court properly construed the parties’ stipulation that the defendant’s conviction was defective as a § 2255 motion and properly granted the motion).
(3) This matter is remanded for further proceedings consistent with this disposition. If the parties reach a new plea agreement under Fed.R.Crim.P. 11(c)(1)(C), the district court should either accept the parties’ new plea agreement and sentence Dharni in accordance therewith or reject that plea agreement and proceed accordingly.
SO ORDERED. THE MANDATE SHALL ISSUE FORTHWITH.